```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


GENE ALLEN,                      )    3:03-CV-00433-ECR-VPC
                                 )
     Plaintiff,                  )    MINUTES OF THE COURT
                                 )
vs.                              )    DATE: July 30, 2010
                                 )
STATE OF NEVADA,                 )
                                 )
     Defendant.                  )
                                 )

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that Plaintiff's Motions (#7 and #8) to Vacate Judgment (#5) are **DENIED**.  The Judgment (#5) was previously entered on September 23, 2003.

There is no basis in Plaintiff's Motions (#7 and #8) or in the law to revive this case.

```
                                      LANCE S. WILSON, CLERK

                                      By         /s/
                                              Deputy Clerk
```